**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T INC., *et al*.,<br><br>    Defendants. | Civil Action No. 2:15-cv-00576<br><br><br><br>**CONSOLIDATED LEAD CASE** |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SPRINT CORPORATION, *et al*.,<br><br>    Defendants. | Civil Action No. 2:15-cv-00579 |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., *et al*.,<br><br>    Defendants. | Civil Action No. 2:15-cv-00580 |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., *et al*.,<br><br>    Defendants. | Civil Action No. 2:15-cv-00581 |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Cellular Communications Equipment LLC's ("CCE") and Defendants Samsung Electronics, Co. Ltd and Samsung Electronics America, Inc.'s ("Samsung") Joint Stipulation of Dismissal pertaining to Civil Action Nos. 2:15-cv-00576, 2:15-cv-00579, 2:15-cv-00580, and 2:15-cv-00581.  Having considered the Stipulated Dismissal, and finding that good cause exists for granting of the same, the Court is of the opinion that the Joint Stipulation of Dismissal should be, in all respects, GRANTED.

IT IS THEREFORE ORDERED that Samsung is DISMISSED WITH PREJUDICE from Civil Action Nos. 2:15-cv-00576, 2:15-cv-00579, 2:15-cv-00580, and 2:15-cv-00581 as set forth in the Joint Stipulation of Dismissal, with each party to the Joint Stipulation of Dismissal to bear its own costs, expenses and attorneys' fees as may exist between them.

**SIGNED this 23rd day of May, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE